R. Ernest Montanari (SBN 152209)
Musacchio & Montanari, P.C.
3478 Buskirk Avenue, Suite 350
Pleasant Hill, California 94523
Telephone:     (925) 465-3950
Facsimile:     (925) 465-3951
Email: emontanari@mmllawpc.com

Attorneys for Defendants, William Alexander Wilson and Bernadette Wilson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andres Gomez,<br><br>                    Plaintiff,<br><br>          vs.<br><br>William Alexander Wilson;<br>Bernadette Wilson;<br><br>                    Defendants. | Case No.: 21-CV-08334-JSW<br><br>**ANSWERS TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF AND DEMAND FOR JURY TRIAL** |

Defendants WILLIAM ALEXANDER WILSON and BERNADETTE WILSON (hereinafter "Defendants") respond as follows:

Defendants object to the use of compound allegation in many if not most of the claims for relief. Defendants deny each and every allegations contained in the Complaint except those expressly admitted, as follows:

**PARTIES**

1.    Answering paragraph 1 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained in such paragraph.

2.    As to paragraph 2, Defendants admit that they conduct business in Napa County.

3.    As to paragraph 3, Defendants admit that they conduct business in Napa County.

1

4.   As to paragraph 4, Defendants admit that they conduct business in Napa County.

5.   As to paragraph 5, Defendants admit that they conduct business in Napa County.

6.   As to paragraph 5, Defendants admit that they utilize the website described herein.

7.   As to paragraph 7, Defendants admit that they utilize the website described herein.

8.   As to paragraph 8, Defendants admit that they utilize the website described herein.

9.   As to paragraph 9, Defendants admit that they utilize the website described herein.

10.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained in such paragraph.

## JURISDICTION & VENUE

11.   As to paragraph 11, Defendants admit subject matter jurisdiction is proper in this Court.

12.   As to paragraph 12, Defendants admit that subject matter jurisdiction over supplemental State Court claims is proper in this Court.

13.   As to paragraph 13, Defendants admit that venue is proper in this Court.

## FACTUAL ALLEGATIONS

14.   As to paragraphs 14 through 39, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained in such paragraphs.

## FIRST CLAIM FOR RELIEF

## COUNT I - (42 U.S.C. § 12101, et seq.

## Violation of the Americans with Disabilities Act of 1990)

## (ALL Defendants)

15.   As to paragraph 40, since this paragraph does not contain any allegations, no response is necessary.

16.   As to paragraph 41, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained in such paragraph.

17.   As to paragraph 42, Defendants are without knowledge or information sufficient to form

2

ANSWERS TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF AND DEMAND
FOR JURY TRIAL

1  a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and
2  every allegation contained in such paragraph.

3       18.   As to paragraph 43, Defendants are without knowledge or information sufficient to form
4  a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and
5  every allegation contained in such paragraph.

6       19.   As to paragraph 44, Defendants are without knowledge or information sufficient to form
7  a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and
8  every allegation contained in such paragraph.

9       20.   As to paragraph 45, Defendants are without knowledge or information sufficient to form
10  a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and
11  every allegation contained in such paragraph.

12       21.   As to paragraph 46, Defendants are without knowledge or information sufficient to form
13  a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and
14  every allegation contained in such paragraph.

15                           **SECOND CLAIM FOR RELIEF**

16        **COUNT II – (Violation of the Unruh Civil Rights Act – Civil Code §§ 51-53)**

17                              **(ALL Defendants)**

18       22.   As to paragraph 47, since this paragraph does not contain any allegations, no response is
19  necessary.

20       23.   As to paragraph 48, Defendants are without knowledge or information sufficient to form
21  a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and
22  every allegation contained in such paragraph.

23       24.   As to paragraph 49, Defendants are without knowledge or information sufficient to form
24  a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and
25  every allegation contained in such paragraph.

26       25.   As to paragraph 50, Defendants are without knowledge or information sufficient to form
27  a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and
28  every allegation contained in such paragraph.

3

ANSWERS TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF AND DEMAND
FOR JURY TRIAL

26.   As to paragraph 51, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained in such paragraph.

## PRAYER

In response to Plaintiff's prayer for relief, Defendants deny the allegations contained herein. Defendants further deny that Plaintiff is entitled to declaratory relief, injunctive relief, monetary damages, or to any relief at all.

### FIRST AFFIRMATIVE DEFENSE

As a first affirmative defense, this answering Defendants allege that the Complaint as a whole and each cause of action therein fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff lacks standing and/or capacity to assert some or all of the claims alleged in the Complaint.

### THIRD AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are barred because Defendants have at all times relied in good faith upon, and acted in conformity with, the implementing standards and guidelines of Title II of the Americans with Disabilities Act and applicable state law and regulations, pronouncements from federal and state agencies, and state and local approvals. Accordingly, granting some or all of the relief sought by Plaintiff would violate due process under state and/or federal constitutions and public policy.

### FOURTH AFFIRMATIVE DEFENSE

The conduct of Defendants at all times complied with all applicable statutes, regulations and laws; accordingly, the Complaint and each purported claim for relief therein is barred.

### FIFTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are barred because the relief Plaintiff's requests would, if granted, fundamentally alter the nature of the goods or services provided by Defendants.

### SIXTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are barred because the relief Plaintiff requests would be an

4

1  undue burden on Defendants.

2  ### SEVENTH AFFIRMATIVE DEFENSE

3      Some or all of Plaintiff's claims are barred because they are predicated on unconstitutionally

4  vague and/or overbroad interpretations of regulations or laws; alternatively, the applicable regulations

5  or laws themselves are unconstitutionally vague and/or overbroad.

6  ### EIGHTH AFFIRMATIVE DEFENSE

7      There is no causal connection between any purported acts or omissions of Defendants and the

8  damages alleged by Plaintiff.  In the alternative, Plaintiff's alleged damages, if any, were proximately

9  caused by the conduct of persons or entities other than Defendants and Plaintiff's recovery, if any,

10  must be reduced in proportion to the amount of fault attributable to such conduct.

11  ### NINTH AFFIRMATIVE DEFENSE

12      Defendants are informed and believe and thereon alleges that any damages allegedly sustained

13  by Plaintiff was caused by the actions and/or omissions of someone other than Defendants over whom

14  Defendants have no control.

15  ### TENTH AFFIRMATIVE DEFENSE

16      Some or all of Plaintiff's claims are barred by the doctrines of waiver, equitable estoppel,

17  and/or laches.

18  ### ELEVENTH AFFIRMATIVE DEFENSE

19      Some or all of Plaintiff's claims and damages, if any, are barred because Plaintiff failed to

20  mitigate damages.

21  ### TWELTFH AFFIRMATIVE DEFENSE

22      The Complaint fails to allege facts sufficient to state a claim for injunctive relief.

23  ### THIRTEENTH AFFIRMATIVE DEFENSE

24      Some or all of Plaintiff's claims are barred by the doctrine of justification or excuse.

25  ### FOURTEENTH AFFIRMATIVE DEFENSE

26      Plaintiff has failed to allege facts sufficient to entitle Plaintiff to recover attorney's fees or

27  punitive damages against Defendants.  Defendants' actions, with respect to the subject matter of this

28  lawsuit, were undertaken in good faith, with the absence of malicious intent, and constituted a

ANSWERS TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF AND DEMAND
FOR JURY TRIAL

privileged, lawful, proper, and justified means to further the sole purpose of Defendants to engage and continue its business.

## FIFTEENTH AFFIRMATIVE DEFENSE

To the extent, if any, Plaintiff is entitled to any damages, the damages may not exceed the nature of damages, or amount of damages, imposed by statutory or common law limitations and caps contained in applicable federal and state law.

## SIXTEENTH AFFIRMATIVE DEFENSE

If relief is granted, it should be granted prospectively only.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Some or all of the claims in the Complaint are moot because Defendants are and/or have been in compliance with the laws, statutes, and regulations identified in Plaintiff's Complaint.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims may be barred by the applicable statutes of limitations.

## NINETEENTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are barred because said claims are preempted by federal and/or state law, including, but not limited to, the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq*. Also, some or all of Plaintiff's claims are preempted by prior litigation and/or consent orders with governmental entities.

## TWENTIETH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are barred because the relief Plaintiff requests: (a) is not required by law, (b) is unreasonable, (c) is not readily achievable, (d) is structurally infeasible, (e) would impose an undue burden and cause a hardship, and/or (f) may jeopardize the health and safety of customers.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Defendants are relieved of any disability whatsoever as to Plaintiff's claims for damages to the extent that Plaintiff seeks redress for physical and/or emotional injuries arising from preexisting physical or mental conditions.

6

ANSWERS TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF AND DEMAND FOR JURY TRIAL

### TWENTY-SECOND AFFIRMATIVE DEFENSE

Defendants are relieved of any disability whatsoever as to Plaintiff's claims for damages set forth in the Complaint to the extent said claims arise solely from acts or omissions for which these answering Defendant s are not responsible.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and each and every claim for relief therein, fails to allege facts sufficient to obtain an award of treble damages against Defendants.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

On information and belief, any changes Plaintiff advocates are practically difficult, pose an unnecessary hardship and/or extreme so that such changes are not required and/or are subject to exception.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

On information and belief, reasonably equivalent alternatives are provided and/or Defendants' property is accessible to the maximum extent feasible.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

On information and belief, to the extent that Plaintiff was not a bona fide consumer for services provided at Defendants' alleged place of public accommodation, Plaintiff lacks standing to pursue each and every claim for relief alleged in the Complaint.

Defendants deserve the right to add additional affirmative defenses as they become known during the course of this litigation.

WHEREFORE, Defendants request that this Court:

1. Dismiss the Complaint with prejudice;

2. Award Defendants their costs of suit; and

3. Grant Defendants such other and further relief as may be appropriate.

Dated: December 12, 2021                    MUSACCHIO & MONTANARI, P.C.

By: _____
                                            R. Ernest Montanari, Esq.
                                            Attorney for Defendants, William Alexander
                                            Wilson and Bernadette Wilson

ANSWERS TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF AND DEMAND FOR JURY TRIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DEMAND FOR JURY TRIAL

Defendants hereby demands a jury trial as provided by Rule 38 (a) of the Federal Rules of Civil Procedure.

Dated: December 12, 2021                    MUSACCHIO & MONTANARI, P.C.


By: _____
R. Ernest Montanari, Esq.
Attorney for Defendants, William Alexander
Wilson and Bernadette Wilson

8

ANSWERS TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF AND DEMAND
FOR JURY TRIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**
*Andres Gomez vs. William Alexander Wilson., et al.*
**U.S.D.C., Northern District of California Case No. 21-CV-08334-JSW**

I, the undersigned declare:

I am employed in Pleasant Hill, County of Contra Costa, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Musacchio & Montanari, P.C., 3478 Buskirk Ave., Suite 343, Pleasant Hill, California  94523.

On December 13, 2021, I served document(s) described as follows:

**ANSWERS TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF AND DEMAND FOR JURY TRIAL**

on the interested parties in this action by placing true and correct copy(s) thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Raymond Ballister Jr., Esq.<br>Russell Handy, Esq.<br>Amanda Seabock, Esq.<br>Zachary Best, Esq.<br>CENTER FOR DISABILITY ACCESS<br>8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111<br>Tel: (858) 375-7385<br>Fax: (858) 422-5191<br>amandas@potterhandy.com | Attorney for Plaintiff,<br>ANDRES GOMEZ |

**[X]**    **(BY MAIL)** By placing said envelope(s), with postage thereon fully prepaid for first-class mail, for collection and mailing at my place of business following ordinary business practice.  I am readily familiar with the ordinary business practice for the collection and processing of mail.  In the ordinary course of business, mail is deposited with the United States Postal Service on the same day as it is placed for collection.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Pleasant Hill, California, this 13th day of December, 2021.

_____
Del T. McKay