UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM ALEXANDER WILSON, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-08334-JSW<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**<br><br>Re: Dkt. Nos. 15, 16 |

　　　On May 19, 2022, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute given the lack of action in the case. The Court expressly stated it "requires an explanation for the lack of action in this case." (Dkt. No. 15.)

　　　On June 3, 2022, Plaintiff filed a response to the order show cause, in which Plaintiff's counsel represents that her office first contacted defense counsel to schedule a joint site inspection on May 23, 2022, which was likely prompted by this Court's order to show cause. (Dkt. No. 16.) The deadline to hold a joint site inspection was January 18, 2022. Plaintiff's response provides no explanation for Plaintiff's inaction between January and May.

　　　Accordingly, the Court ORDERS Plaintiff to show cause why sanctions in the amount of $150.00 should not be imposed on him and his counsel for failure to comply with the Court's Order dated May 19, 2022. **Plaintiff's response to this Order to Show Cause shall be due by June 24, 2022, and a failure to respond shall result in the monetary sanctions being imposed.**

　　　**IT IS SO ORDERED.**

Dated: June 17, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge